November 17, 1966

Easton, Appellant, *v.* Philadelphia Marine Trade Association-International Longshoremen's Association Welfare Fund.

Argued September 12, 1966. *Norman Shigon,* for appellant; *Joseph Weiner,* with him *Freedman, Borowsky and Lorry,* for appellee.

Order affirmed.